467 A.2d 62

Hostetter, et al. v. Runk, et al., Appellants.

Argued January 25, 1983.   Leslie B. Handler, for appellants;   S. Mazza, for appellees.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Order affirmed.